IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAGNELLI PLUMBING COMPANY, INC., ) | |
| ) | *ELECTRONICALLY FILED* |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:10-CV-00679-AJS |
| ) | |
| GILLECE PLUMBING AND HEATING, INC., ) | |
| GILLECE SERVICES, LP, THOMAS ) | |
| GILLECE and JOSEPH BENZ, ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE TO SETTLE AND DISCONTINUE

TO:   The Clerk of the Court:

Kindly mark the above-captioned case settled and discontinued with prejudice.

                                                                   FRIEDMAN and FRIEDMAN
                                                                   By   s/Edward B. Friedman
                                                                   Edward B. Friedman

                                                                   By   s/Elliot S. Katz
                                                                   Elliot S. Katz

                                                                   900 Fifth Avenue
                                                                   Pittsburgh, PA 15219
                                                                   (412) 261-5834
                                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe to Settle and Discontinue upon the following counsel for the Defendants electronically via the Court's CM/ECF filing system this 28th day of March, 2011:

Paul R. Robinson, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C.
US Steel Tower
600 Grant Street, Ste. 4850
Pittsburgh, PA 15219

James F. Petraglia, Esquire
Gillece Services
3000 Washington Pike
Bridgeville, PA 15017

FRIEDMAN and FRIEDMAN

By  s/Elliot S. Katz

Elliot S. Katz