IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAGNELLI PLUMBING COMPANY, INC., ) | |
| ) | *ELECTRONICALLY FILED* |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:10-CV-00679-AJS |
| ) | |
| GILLECE PLUMBING AND HEATING, INC., ) | |
| GILLECE SERVICES, LP, THOMAS ) | |
| GILLECE and JOSEPH BENZ, ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE TO SETTLE AND DISCONTINUE

TO:   The Clerk of the Court:

Kindly mark the above-captioned case settled and discontinued with prejudice.

NOW, this 29th day of March, 2011,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

FRIEDMAN and FRIEDMAN
By  s/Edward B. Friedman
Edward B. Friedman

By  s/Elliot S. Katz
Elliot S. Katz

900 Fifth Avenue
Pittsburgh, PA 15219
(412) 261-5834
Attorneys for Plaintiff